### PEOPLE v. TRIMBLE.

*(Supreme Court, General Term, Fifth Department.   January 23, 1891.)*

No opinion.   Motion to dismiss the appeal granted, unless the appellant serve motion papers on appeal within 20 days.   If so served, then the motion is denied.

---

### ROCHESTER ELECTRIC RY. CO. v. WILKIN et al.

*(Supreme Court, General Term, Fifth Department.   January 23, 1891.)*

No opinion.   Motion to correct order granted.   See 10 N. Y. Supp. 379.

---

### McDERMOTT v. CONLEY.

*(Supreme Court, General Term, Fifth Department.   January 23, 1891.)*

No opinion.   Motion for reargument denied.   See 11 N. Y. Supp. 403.

---

### LARROWE v. LEWIS et al.

*(Supreme Court, General Term, Fifth Department.   January 23, 1891.)*

No opinion.   Motion for reargument denied.   Leave to appeal to the court of appeals granted.   See 11 N. Y. Supp. 342.

---

### JOHNSON v. UNION SWITCH & SIGNAL CO.

*(Superior Court of New York City, General Term.   January 5, 1891.)*

No opinion.   Motion denied, with costs.   See 9 N. Y. Supp. 655; 13 N. Y. Supp. 612.

---

### SCHILLING v. BISCHOFF.

*(Superior Court of New York City, General Term.   January 5, 1891.)*

No opinion.   Motion granted, the case not having been argued, with $10 costs.   See 13 N. Y. Supp. 600.

---

### MILLER v. FOGG.

*(Superior Court of New York City, General Term.   February 13, 1891.)*

No opinion.   Motion denied, with $10 costs.   The court is of opinion that it is not a waiver of such an appeal to appear and contest at a trial before the referee.   See 13 N. Y. Supp. 614.

---

### GEARNS, Appellant, v. BOWERY SAV. BANK, Respondent.

*(Superior Court of New York City, General Term.   May 4, 1891.)*

Appeal from jury term.

Action by James J. Gearns, administrator, etc., against the Bowery Savings Bank.   From a judgment entered on a verdict for defendant, plaintiff appeals.

Argued before SEDGWICK, C. J., and McADAM, J.

*Titus & Dowling*, for appellant.   *Carlisle Norwood*, for respondent.

PER CURIAM.   On account of a division of opinion of judges, the judgment is affirmed, with costs.